JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH CARLEU, Administrator of the Estate of STEPHEN W. CARLEU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-9480 FMO (KKx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 10th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge